The court of appeals focused its opinion on the question of whether Dyna Span had effectively tendered the documents for the purposes of an in camera inspection. Although we do not necessarily approve of the court of appeals' reasoning in this regard, we need not now address the question of tender because of our conclusion that an in camera inspection was not mandatory. The writ of mandamus is conditionally granted but will issue only if the court of appeals fails to vacate its order.

**Maria Magdalena CEDILLO et al.**

v.

**EWLEN ENTERPRISES, INC.**

No. C–7295.

Supreme Court of Texas.

Sept. 14, 1988.

**Stephen Lunt WAYNE, Appellant,**

v.

**The STATE of Texas, Appellee.**

No. 1013–86.

Court of Criminal Appeals of Texas.

June 15, 1988.

Rehearing Denied Sept. 14, 1988.